Dismissed and Memorandum Opinion filed February 17, 2005









Dismissed and Memorandum Opinion filed February 17,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00047-CV

____________

 

IN THE
INTEREST OF S.C.

 

 

 

 



On Appeal from the
314th District Court

Harris County, Texas

Trial Court Cause
No. 04-05563J

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a a judgment signed January 4, 2005.

On February 8, 2005, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 17, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.